UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CAROL A. FOLEY,

Plaintiff,

**ORDER**

-against-

25 Civ. 9749 (JGLC)(JCM)

COMMISSIONER OF SOCIAL SECURITY,

Defendant.
-----------------------------------------------------------x

On April 3, 2026, the Commissioner filed his Brief in Opposition to Plaintiff's Request for Review of a Social Security Decision Under 42 U.S.C. § 405(g). (Docket No. 16). Pursuant to Local Social Security Rule 8.1, "[a] plaintiff appearing pro se who fails to file an initial brief for the requested relief may nonetheless file a brief in opposition to the brief filed by the Commissioner . . . within 14 days after service of the Commissioner's brief." As of today, no reply has been filed. The Court *sua sponte* extends Plaintiff's time to file a reply to August 3, 2026. If Plaintiff does not submit a reply by August 3, 2026, the Court will deem the matter fully submitted.

Dated: July 16, 2026
White Plains, New York

**SO ORDERED:**

Judith C. McCarthy
_______________________________
JUDITH C. McCARTHY
United States Magistrate Judge